AO91 (Rev.5/85) Criminal Complaint

# UNITED STATES DISTRICT COURT

DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V.

Mario Aguilar-Hernandez

CRIMINAL COMPLAINT

CASE NUMBER: 3-06-MJ-00100-JDR

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief.  On or about May 24, 2006, in the District of <u>Alaska</u>, defendant, an alien,   (Track Statutory Language of Offense)

having been previously arrested and deported from the United States on March 18, 2005, at San Ysidro, was found unlawfully present in the United States, without having previously received the express consent of the United States Attorney General to apply for readmission to this country.

in violation of Title <u>8</u>, United States Code, Section(s) <u>1326(a)</u>.
I further state that I am a <u>Special Agent, ICE</u>  and that this
                                    (Official Title)
complaint is based on the following facts:

See attached affidavit of Steven M. Rosenberg, incorporated herein by this reference.

Continued on the attached sheet and made a part hereof:    x  Yes        No

/s/ Steven M. Rosenberg
Steven M. Rosenberg
Signature of Complainant

Sworn to before me and subscribed in my presence,

<u>June 7, 2006</u>            at <u>Anchorage, Alaska</u>
Date                              City and State

JOHN D. ROBERTS
<u>United States Magistrate Judge</u>   <u>/s/ John D. Roberts [seal affixed]</u>
Name & Title of Judicial Officer       Signature of Judicial Officer