Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MARIO A. AGUILAR-HERNANDEZ,<br><br>    Defendant. | NO. 3:06-mj-00100-JDR<br><br>**NOTICE OF INTENT TO CHANGE PLEA** |

      The defendant, MARIO A. AGUILAR-HERNANDEZ, through counsel, hereby notifies the court of his intent to change his plea.  There is no plea agreement.  Mr. Aguilar-Hernandez respectfully requests that a change of plea hearing be scheduled as soon as possible before a U.S. District Judge, at a time convenient to the court, the Assistant U.S. Attorney, and substitute defense counsel, Mike Dieni.

      DATED this 8th day of June 2006.

      Respectfully submitted,

      s/Sue Ellen Tatter
      Assistant Federal Defender
      601 West Fifth Avenue, Suite 800
      Anchorage, AK 99501
      Phone:    907-646-3400
      Fax:      907-646-3480
      E-Mail:   sue_ellen_tatter@fd.org

Certification:
I certify that on June 8, 2006,
a copy of the **Notice of Intent
to Change Plea** was served
electronically on:

Todd Mikolop
Special Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

and a copy was hand delivered to:

U.S. Probation & Pretrial Services
222 W. 7th Avenue, #48, Room 168
Anchorage, AK 99513-7562

s/Sue Ellen Tatter