DEBORAH M. SMITH
Acting United States Attorney

TODD S. MIKOLOP
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
email: todd.mikolop@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| | ) | ILLEGAL RE-ENTRY |
| v. | ) | Vio. 8 U.S.C. § 1326(a) |
| | ) | |
| MARIO AGUILAR-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

I N F O R M A T I O N

The United States Attorney charges that:

**GENERAL ALLEGATIONS**

    1.    The defendant, MARIO AGUILAR-HERNANDEZ, is a Mexican national who was deported from the United States on March 18, 2005.

2. On February 24, 2006, the defendant, MARIO AGUILAR-HERNANDEZ, entered the United States as a visitor for pleasure, at El Paso, Texas.

3. On May 25, 2006, the defendant, MARIO AGUILAR-HERNANDEZ, admitted to Immigration & Customs Enforcement investigators that he had not requested nor received permission from the Secretary of Homeland Security to reenter the United States. A check of immigration records confirmed this.

## APPLICABLE LAWS AND REGULATIONS OF THE UNITED STATES

4. 8 U.S.C. § 1326 (a) makes it unlawful for an alien who has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter, enters, attempts to enter, or is at any time found in, the United States, unless prior to his re-embarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General (or Secretary of Homeland Security) has expressly consented to such alien's reapplying for admission.

## COUNT 1

## ILLEGAL RE-ENTRY

5. Paragraphs 1-5 of this information are re-alleged in their entirety and incorporated herein.

6. On or about the 24th day of May, 2006, in the District of Alaska, the defendant, MARIO AGUILAR-HERNANDEZ, an alien who had been removed, excluded, and deported previously, was found in the United States at Anchorage, Alaska,

the said defendant having not obtained the consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, United States Code, Sections 202(3),(4) and 557) to reapply for admission into the United States.

All of which is in violation of Title 8, United States Code, Section 1326 (a).

Dated:  June 9, 2006                              Respectfully Submitted,

                                                  DEBORAH M. SMITH
                                                  Acting United States Attorney

                                                  s/Todd Mikolop
                                                  Special Assistant U.S. Attorney
                                                  Federal Building & U.S. Courthouse
                                                  222 West 7th Ave., #9, Rm. 253
                                                  Anchorage, AK 99513-7567
                                                  Phone: 907-271-5071
                                                  Fax: 907-271-1500
                                                  email: todd.mikolop@usdoj.gov