MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs <u>MARIO AGUILAR-HERNANDEZ</u>    CASE NO. <u>3:06-cr-00053-JWS</u>
Defendant: <u> X </u>Present <u> X </u>In Custody

BEFORE THE HONORABLE      <u>JOHN W. SEDWICK</u>

DEPUTY CLERK/RECORDER: <u>      APRIL KARPER      </u>

UNITED STATES ATTORNEY: <u>      STEVE SKROCKI      </u>

DEFENDANT'S ATTORNEY: <u>      MICHAEL DIENI      </u>

U.S.P.O.: <u>      PAULA MCCORMICK      </u>

INTERPRETER: <u>      CHANDLER THOMPSON  (SPANISH)      </u>
<u> X </u>Telephonic Appearance                     (Language)

PROCEEDINGS: ARRAIGNMENT ON FELONY INFORMATION /ENTRY OF PLEA
           HELD JUNE 19, 2006:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:22 a.m. court convened.

<u> X </u>Interpreter sworn.

<u> X </u>Copy of Information given to defendant.

<u> X </u>Defendant advised of general rights.
    <u> X </u>Waived full advisement.

<u> X </u>Waiver of Indictment **FILED**.

<u> X </u>PLEA(S): Not Guilty to count <u>1 of the Information.      </u>

<u> X </u>Defendant's detention continued.

<u> X </u>Court advised counsel trial date had not been sent. Notice of
    Trial date to be sent out.

At 9:30 a.m. court adjourned.

DATE:<u>      June 19, 2006      </u>    DEPUTY CLERK'S INITIALS: <u>   amk   </u>