UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 3:06-cr-00053 JWS |
| v. ) | |
| ) | |
| MARIO AGUILAR-HERNANDEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**ORDER APPOINTING INTERPRETER**

Having found defendant to be indigent and not proficient in English, the court hereby ORDERS that an interpreter be appointed at government expense to provide in-court translation services for defendant.

Yolanda Salazar-Hobrough, 617-938 Howe Street, Vancouver BC Canada V6Z IN9, (telephone 604-263-9923), is HEREBY APPOINTED to serve as Spanish interpreter in accordance with provisions of the Court Interpreters Act, 28 U.S.C. §§604(a)(14) and (a)(15), 604(f), 1827 and 1828. Payment for in-court translation services shall be paid by the United States.

When Ms. Salazar-Hobrough's duties herein are concluded, the clerk is requested to assist her in preparing an appropriate claim for compensation and expenses. The claim shall comply with

[Interpreter Order - 306cr53JWS.wpd]{ORDERINT.WPD*Rev.12/02}

guidelines established by the Administrative Office and shall conform with the most recently published schedule of fees.

      DATED at Anchorage, Alaska, this <u> 23rd </u> day of June, 2006.

      <u>  /s/JOHN W. SEDWICK  </u>
      JOHN W. SEDWICK
      United States District Judge