Michael Dieni
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska  99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>vs.<br><br>MARIO AGUILAR-HERNANDEZ,<br><br>          Defendant. | Case No. 3:06-cr-0053-JWS<br><br>NOTICE OF<br>INTENT TO CHANGE PLEA<br>*Filed on Shortened Time* |

Defendant, Mario Aguilar-Hernandez, by and through counsel Michael Dieni, Assistant Federal Defender, notifies the court of his intent to change his plea in the above-styled case.  It is anticipated that both parties will waive their right to a presentence report and that the matter will immediately proceed to a stipulated sentence.

The parties have reached the following agreement.  The government will be filing an information charging Mr. Aguilar-Hernandez with the reduced misdemeanor offense of illegal re-entry pursuant to 8 U.S.C. § 1325.  Mr. Aguilar-Hernandez will plead guilty.  The parties will jointly recommend a "time served" sentence, followed by one year of supervised release.

Mr. Aguilar-Hernandez requests a hearing as soon as possible. It is anticipated that the matter can be concluded in less than 30 minutes.

DATED this 26th day of June, 2006.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA

/s/ Michael D. Dieni
Assistant Federal Defender
Alaska Bar No. 8606034
601 West 5th Avenue, Suite 800
Anchorage, AK  99501
Ph:  (907) 646-3400
Fax:  (907) 646-3480
mike_dieni@fd.org

Certification:

I certify that on June 26, 2006, a copy of the foregoing document, with attachments, was served electronically on:

Todd Mikolop, Esq.

/s/ Michael D. Dieni