AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____ Alaska _____

UNITED STATES OF AMERICA
V.
MARIO AGUILAR-HERNANDEZ

**WAIVER OF INDICTMENT**

CASE NUMBER: 3:06-cr-00053-JWS

I, _Mario Aguilar-Hernandez_, the above named defendant, who is accused of

_violating 8 U.S.C. §1326(a)_

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on _June 19, 2006_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                         Date

_MARIO ALBERTO AGUILAR HOGA_
Defendant

_[signature]_
Counsel for Defendant

Before    **REDACTED SIGNATURE**
                      Judge