DEBORAH M. SMITH
Acting United States Attorney

TODD S. MIKOLOP
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
email: todd.mikolop@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:06-cr-00053-JWS |
| | ) | |
| Plaintiff, | ) | |
| | ) | COUNT 1: |
| v. | ) | UNLAWFUL ENTRY INTO THE |
| | ) | UNITED STATES |
| MARIO AGUILAR-HERNANDEZ, | ) | Vio. 8 U.S.C. § 1325(a) |
| | ) | |
| Defendant. | ) | |
| | ) | |

S U P E R S E D I N G   I N F O R M A T I O N

The United States Attorney charges that:

**GENERAL ALLEGATIONS**

1.   The defendant, MARIO AGUILAR-HERNANDEZ, is a Mexican national and therefore an alien in the United States.

2. On or about February 24, 2006, the defendant, MARIO AGUILAR-HERNANDEZ, entered the United States at El Paso, TX, by wilfully concealing that he was an inadmissible alien, as ordered by a United States immigration judge on March 17, 2005.

3. On May 24, 2006, the defendant, MARIO AGUILAR-HERNANDEZ, was apprehended in Anchorage, Alaska, in the District of Alaska.

## APPLICABLE LAWS AND REGULATIONS OF THE UNITED STATES

4. The Immigration and Nationality Act makes it unlawful for an alien to, among other things, enter or attempt to enter the United States by willful concealment of a material fact, pursuant to Title 8, United States Code, Section 1325(a).

## COUNT 1

## UNLAWFUL ENTRY INTO THE UNITED STATES

5. Paragraphs 1-4 of this information are re-alleged in their entirety and incorporated herein.

6. On or about February 24, 2006, in the United States, the defendant, MARIO AGUILAR-HERNANDEZ, who was then and there an alien, did unlawfully enter the United States from Mexico by wilfully concealing a material fact from immigration /

officials of the United States, which ultimately led to his apprehension in Anchorage, Alaska, in the District of Alaska, on May 24, 2006.

All of which is in violation of Title 8, United States Code, Section 1325(a).

Dated: June 27, 2006    Respectfully Submitted,

                                      DEBORAH M. SMITH
UNITED STATES ATTORNEY

    s/Todd Mikolop
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
email: todd.mikolop@usdoj.gov