# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA   v.   MARIO AGUILAR-HERNANDEZ

THE HONORABLE JOHN W. SEDWICK

D<small>EPUTY</small> C<small>LERK</small>                                          CASE NO.  3:06-cr-00053 JWS

 Linda Christensen 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**        DATE: June 28, 2006

**ARRAIGNMENT/ENTRY OF PLEA** in the above-captioned case is hereby set for **10:00 a.m., Friday, June 30, 2006** before U.S. District Judge John W. Sedwick, in Courtroom **#3**, Federal Building - U.S. Courthouse, 222 West Seventh Avenue, Anchorage, Alaska.

[]{ARRAIGNR.WPD*Rev.3/97}