# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

<u>  UNITED STATES OF AMERICA  </u>   v.   <u>  MARIO AGUILAR-HERNANDEZ  </u>

THE HONORABLE JOHN W. SEDWICK

D<small>EPUTY</small> C<small>LERK</small>                                              CASE NO.  <u> 3:06-cr-00053-JWS </u>

<u> Linda Christensen </u>

PROCEEDINGS:  **MINUTE ORDER FROM CHAMBERS**         DATE: June 30, 2006

      The previously scheduled final pre-trial conference and trial date of July 26, 2006, in the above-referenced case is hereby **VACATED**.

[ ]{IK3.WPD*Rev.12/96}