DEBORAH M. SMITH
Acting United States Attorney

TODD S. MIKOLOP
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
email: todd.mikolop@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | No. 3:06-CR-0053-JWS |
| Plaintiff,   ) | |
| ) | |
| v.   ) | MOTION TO DISMISS |
| ) | |
| MARIO AGUILAR-HERNANDEZ,   ) | |
| ) | |
| Defendant.   ) | |
| ) | |

      COMES NOW, the United States, by and through the undersigned Special Assistant United States Attorney, and moves this court to dismiss Count 1 (8 U.S.C. 1326(a), Illegal Re-Entry) of the original Information in the above-captioned case. The United States made an oral motion to dismiss that was granted

by the court on June 30, 2006, and herewith submits this written motion in accordance with the court's order to do so.

RESPECTFULLY SUBMITTED this 7th day of July, 2006, at Anchorage, Alaska.

DEBORAH M. SMITH
Acting United States Attorney

s/ Todd Mikolop
Special Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
email: todd.mikolop@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2006, a copy of the foregoing was served electronically on Michael Dieni

s/ Todd Mikolp