DEBORAH M. SMITH
Acting United States Attorney

TODD S. MIKOLOP
Special Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: 907-271-5071
Fax: 907-271-1500
email: todd.mikolop@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:06-CR-0053-JWS |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER TO DISMISS |
| | ) | |
| MARIO AGUILAR-HERNANDEZ, | ) | |
| | ) | |
| Defendant. | ) | |

Having considered the Motion filed by the United States for dismissal of Count 1 of the Information against MARIO AGUILAR-HERNANDEZ, said Information being previously filed on June 9 2006, it is hereby ordered that pursuant to Rule 48(a) of the Fed. R. Crim. P., Count 1 of the Information in this case is DISMISSED.

IT IS SO ORDERED.

DATED this \_\_\_\_ day of July, 2006, at Anchorage, Alaska.


_____
UNITED STATES DISTRICT COURT JUDGE