**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

```
UNITED STATES OF AMERICA,      )
                               )
         Plaintiff,            )
                               )   Case No. 3:06-cr-00053-JWS
v.                             )
                               )
MARIO AGUILAR-HERNANDEZ,       )
                               )
         Defendant.            )
_____)
```

**JUDGMENT OF DISCHARGE**
FED.R.CRIM.P. 32(k)(1)

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

    **X**  The court has granted the motion of the government for dismissal without prejudice;
    ___  The court has granted the motion of the defendant for a Judgment of Acquittal;
    ___  A jury has been waived, and the court has found the defendant NOT GUILTY;
    ___  The jury has returned its verdict, finding the defendant NOT GUILTY;
    ___  (Other reason, or reasons, if any);

of the offense(s) of ILLEGAL RE-ENTRY as charged in count(s) 1 of the Felony Information.

      **IT IS THEREFORE ADJUDGED** that the defendant is hereby discharged pursuant to Rule 32(k)(1), Federal Rules of Criminal Procedure.

    **DATED** at Anchorage, Alaska, this  18th  day of July, 2006.

                                            /s/JOHN W. SEDWICK
                                            JOHN W. SEDWICK
                                            United States District Judge